HEYDON, APPELLEE, *v.* OHIO DEPARTMENT OF COMMERCE, DIVISION OF FINANCIAL INSTITUTIONS, APPELLANT.

[Cite as *Heydon v. Ohio Dept. of Commerce,*
116 Ohio St.3d 103, 2007-Ohio-5553.]

■■■■■■■■

■■■

(No. 2007–1011—Submitted September 18, 2007—Decided October 24, 2007.)

■■■■■■■■

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Hughes v. Ohio Dept. of Commerce,* 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246, and the cause is remanded to the trial court with instructions to dismiss the appeal.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., concurs separately.

PFEIFER, J., dissents for the reasons stated in his separate opinion in *Hughes v. Ohio Dept. of Commerce,* 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246.

**O'DONNELL, J., concurring.**

{¶ 3} I concur in the court's decision and write to clarify that the law, post-*Hughes,* still requires that a party desiring to appeal from an adverse decision of an administrative agency must file the original notice of appeal with the agency and a copy of that notice with the clerk of the court in order to vest the court with jurisdiction to hear the appeal. Here, that procedure was not followed, and the court never obtained jurisdiction over the case. Accordingly, for the reasons stated in my dissent in *Hughes,* I concur in the decision to remand with instructions to dismiss this appeal and add that this ought to have been the result in *Hughes* as well.

Stark & Knoll Co., L.P.A., Harry A. Tipping, Christopher A. Tipping, and Donald R. Scherer, for appellee.

Marc Dann, Attorney General, Elise Porter, Acting Solicitor General, Stephen P. Carney and Robert J. Krummen, Deputy Solicitors, and Theodore L. Klecker, Assistant Attorney General, for appellant.